Robert N. Schiff (Bar No. 56072)
David W. Evans (Bar No. 79466)
Lorraine A. Barrabee (Bar No. 136300)
HAIGHT, BROWN & BONESTEEL, L.L.P.
100 Bush Street, 27th Floor
San Francisco, California 94104-3967
Telephone: (415) 986-7700
Facsimile: (415) 986-6945

Attorneys for Plaintiff
The American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, A Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, A Delaware Corporation,<br><br>Defendant. | Case No. C 05-01218-JSW<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 25, 2005 |

Plaintiff The American Insurance Company and Defendant American Re-Insurance Company (collectively referred to hereinafter as the "Parties") agree and stipulate to continue the following deadlines set by the Court in its Order Setting Initial Case Management Conference:

Last day to meet and confer regarding initial disclosures, early settlement, ADR process and discovery plan. Originally set for **6/10/05** continued to **7/8/05**;

Last day to file Joint ADR Certification. Originally set for **6/10/05** continued to **7/8/05**;

Last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement and Rule 26(f) Report. Originally set for **6/24/05** continued to **7/22/05**; and

Case Management Conference. Originally set for **7/1/05** at **1:30 p.m.** continued to **7/29/05** at **1:30 p.m.**

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3045086.1

1

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT

1  The Parties submit that good cause exists for this brief continuance in that the Parties are
2  attempting to agree to a form of alternative dispute resolution and to work together in preparing a
3  joint case management conference statement. A brief continuance of the above deadlines will
4  allow the Parties time to attempt to reach agreement on these issues and the scope of discovery
5  potentially narrowing the issues in dispute.

6

7  Dated: June 8, 2005                                HAIGHT, BROWN & BONESTEEL, L.L.P.

8
                                                     By: /s/ [signature]
9
                                                     Robert N. Schiff
10                                                   David W. Evans
                                                     Lorraine A. Barrabee
11                                                   Attorneys for Plaintiff
                                                     The American Insurance Company
12

13

14  Dated: June 8, 2005                              CRAIG & WINKELMAN LLP

15
                                                     By: /s/ [signature]
16
                                                     Bruce H. Winkelman
17                                                   Attorneys for Defendant
                                                     American Re-Insurance Company
18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.    FF97-0000012                    2                    JOINT STIPULATION TO CONTINUE CASE
San Francisco        3045086.1                                            MANAGEMENT

# [~~PROPOSED~~] ORDER

After consideration of the above Stipulation, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED:

That the parties requested continuance is granted and the Court adopts the following deadlines:

Last day to meet and confer regarding initial disclosures, early settlement, ADR process and discovery plan 7/8/05;

Last day to file Joint ADR Certification 7/8/05;

Last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement and Rule 26(f) Report 7/8/05; and

Case Management Conference 7/29/05 at 1:30 p.m.

Dated: June 13, 2005

/s/ Jeffrey S. White
Jeffrey S. White
Judge United States District Court
Northern District of California

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3045086.1

3

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT