Robert N. Schiff (Bar No. 56072)
David W. Evans (Bar No. 79466)
Lorraine A. Barrabee (Bar No. 136300)
HAIGHT, BROWN & BONESTEEL, L.L.P.
100 Bush Street, 27th Floor
San Francisco, California 94104-3967
Telephone:   (415) 986-7700
Facsimile:    (415) 986-6945
Email: devans@hbblaw.com

Attorneys for Plaintiff
The American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, A Nebraska Corporation,<br><br>           Plaintiff,<br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, A Delaware Corporation,<br><br>           Defendant. | Case No. C 05-01218-JSW<br><br>**AMENDED JOINT STIPULATION TO CONTINUE DATES FOR INITIAL DISCLOSURES AND FILE AND SERVE CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed:  March 25, 2005<br><br>Case Management Conference: July 29, 2005<br>Time: 1:30 p.m.<br>Courtroom: 2 |

Plaintiff The American Insurance Company and Defendant American Re-Insurance Company (collectively referred to hereinafter as the "Parties") submit this amended joint stipulation and proposed order to continue the deadline to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement and Rule 26(f) Report. This date was originally set for June 24, 2005 and the parties stipulated to continue the date to July 22, 2005. The Proposed Order attached to the stipulation contained a typographical error continuing the deadline to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement and Rule 26(f) Report to July 8, 2005 instead of July 22, 2005. The court signed the Proposed Order on June 13, 2005. This stipulation and Proposed Order is filed to correct that error.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3046376.1

1

AMENDED JOINT STIPULATION

| | |
|---|---|
| Dated: June 14, 2005 | HAIGHT, BROWN & BONESTEEL, L.L.P.<br><br>By: /s/ Mason<br>Robert N. Schiff<br>David W. Evans<br>Lorraine A. Barrabee<br>Attorneys for Plaintiff<br>The American Insurance Company |
| Dated: June 15, 2005 | CRAIG & WINKELMAN LLP<br><br>By: /s/ Bruce H. Winkelman<br>Bruce H. Winkelman<br>Attorneys for Defendant<br>American Re-Insurance Company |

[PROPOSED] ORDER

After consideration of the above Stipulation, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED:

That the parties requested correction is granted and the Court modifies its June 13, 2005 order as follows:

Last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement and Rule 26(f) Report July 22, 2005.

Dated: June 17, 2005

/s/ Jeffrey S. White
Jeffrey S. White
Judge United States District Court
Northern District of California

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3046376.1

AMENDED JOINT STIPULATION

2

Received 2005-Jun-15 12:41 From-5102175894 To-Haight Brown & Bones Page 002