E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

THE AMERICAN INSURANCE
COMPANY,

          Plaintiff(s),

          v.

AMERICAN RE-INSURANCE
COMPANY.

          Defendant(s).

**CASE NO.** C 05 01218 JSW

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Robert J. Bates, Jr.                    , an active member in good standing of the bar of

Illinois            , whose business address and telephone number is Bates & Carey

LLP, 191 North Wacker Drive, Suite 2400, Chicago, Illinois 60606, (312) 762-3145

_____ ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing   American Re-Insurance Co.     ,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-8-05

*Jeffrey S. White*
United States District/Magistrate Judge