UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE AMERICAN INSURANCE COMPANY, | CASE NO. C 05 01218 JSW |
|---|---|
| Plaintiff(s), | |
| v. | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| AMERICAN RE-INSURANCE COMPANY. | |
| Defendant(s). | |

Maryann C. Hayes                                , an active member in good standing of the bar of

Illinois              , whose business address and telephone number is Bates & Carey

LLP, 191 North Wacker Drive, Suite 2400, Chicago, Illinois 60606, (312) 762-3145

_____,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing    American Re-Insurance Co.         ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-8-05

*/s/ Jeffrey S. White*
United States District/~~Magistrate~~ Judge