IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

AMERICAN RE-INSURANCE COMPANY,

    Defendant.
_____/

No. C 05-01218 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on August 18, 2006 on the parties' cross-motions for summary judgment. The Court HEREBY ORDERS that the parties' opposition briefs shall be due by June 16, 2006 and the reply briefs shall be due by June 23, 2006. If the parties' motions for summary judgment overlap in their entirety, *i.e.* Plaintiff's motion moves for summary judgment on the exact same issues on which Defendants' move, the Court would encourage the parties to consider whether separate opposition briefs truly are necessary. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 2, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE