Robert N. Schiff (Bar No. 56072)
David W. Evans (Bar No. 79466)
Scott M. Bloom (Bar No. 183891)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, a Nebraska corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. C-05-01218 JSW<br><br>[AMENDED ~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL** |

      Plaintiff The American Insurance Company's motion for leave to file documents under seal under Local Rule 79-5 is hereby granted. Based upon the pleadings and papers filed in support of plaintiff's administrative motion, the Court finds good cause exists to authorize the sealing of certain documents and the sealing of portions of certain documents.

      The following documents shall be sealed in their entirety: Confidential Declaration of Scott M. Bloom, Esq., in Support of Plaintiff The American Insurance Company's Motion for Summary Judgment, including all exhibits thereto; Supplemental Confidential Declaration of Scott M. Bloom in Support of Plaintiff The American Insurance Company's Motion for Summary Judgment, lodged on June 1, 2006; and Part 12 of Docket No. 42 (Exh. 11 to the Declaration of Scott M. Bloom, filed May 26, 2006). Public access to part 12 of Docket No. 42 shall be restricted.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3146886.1

1

Case No. C-05-01218 JSW
[AMENDED ~~PROPOSED~~] ORDER
AUTHORIZING FILING UNDER SEAL

1.     Plaintiff's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, as lodged on May 30, 2006, shall be filed under seal, and plaintiff's Amended Redacted Memorandum of Points and Authorities, filed June 2, 2006, shall constitute the public record of the redacted document.

DATED: June 21, 2006

                                                 */s/ Jeffrey S. White*
                                                 Honorable Jeffrey S. White
                                                 Judge of the United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3146886.1

2

Case No. C-05-01218 JSW
[AMENDED ~~PROPOSED~~] ORDER
AUTHORIZING FILING UNDER SEAL