Bruce H. Winkelman, Esq. (Bar No. 124455)
CRAIG & WINKELMAN LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, CA 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

Robert J. Bates, Jr. (*Pro Hac Vice*)
Maryann C. Hayes (*Pro Hac Vice*)
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200

Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, A Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, A Delaware Corporation,<br><br>Defendant. | Case No.: C 05-01218 JSW<br><br>**ADMINISTRATIVE MOTION FOR ORDER SEALING REDACTED PORTIONS OF AMERICAN RE-INSURANCE COMPANY'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79-5**<br><br>DATE: August 18, 2006<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jeffrey S. White |

Pursuant to Local Rule 79-5, American Re-Insurance Company ("American Re") submits the following Administrative Motion for a sealing order of certain portions of its Reply Memorandum in Support of its Motion for Summary Judgment ("Reply Brief"), and Exhibits filed in Support thereto.

On July 17, 2006, American Re-Insurance Company filed a Reply Brief in this matter. Plaintiff, The American Insurance Company ("AIC"), previously designated certain documents

1  and depositions in the litigation "confidential" pursuant to protective order filed in the matter.
2  American Re references these designated materials in its Reply Brief.
3      American Re has lodged redacted and unredacted versions of the Reply Brief. Pursuant to
4  Local Rule 79-5, American Re moves for a sealing order for the redacted portions of its Reply
5  Brief as designated confidential by plaintiff AIC.

7  Dated: August 8, 2006.      BATES & CAREY LLP

9       By: /s/ *Robert J. Bates, Jr.*
10          Robert J. Bates, Jr.
         Maryann Hayes

12 Dated: August 8, 2006.      CRAIG & WINKELMAN, LLP

15      By: /s/ *Bruce H. Winkelman*
16          Bruce H. Winkelman
     Attorneys for Defendant
17      AMERICAN RE-INSURANCE COMPANY

1
2   Pursuant to Local Rule 79-5, American Re-Insurance Company's Administrative Motion
3   for an Order sealing the redacted portions of its Reply Memorandum in Support of Motion for
4   Summary Judgment is hereby GRANTED.
5
6   **IT IS SO ORDERED:**
7
8   Dated: August 10, 2006
9   JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28