IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN RE-INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 05-01218 JSW<br><br>**ORDER VACATING HEARING DATE** |

The cross-motions for summary judgment filed by plaintiff the American Insurance Company and defendant American Re-Insurance Company are currently set for hearing on Friday, August 18, 2006 at 9:00 a.m. These motions are now fully briefed and ripe for decision. The Court finds that these motions are appropriate for disposition without oral argument and are deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for August 18, 2006 is VACATED.

The Court FURTHER ORDERS that the pretrial conference currently set for October 18, 2006 and the trial currently set for November 13, 2006 are HEREBY CONTINUED to October 23, 2006 at 2:00 p.m. and December 4, 2006 at 8:30 a.m., respectively.

**IT IS SO ORDERED.**

Dated: August 16, 2006

                                                                          JEFFREY S. WHITE<br>
                                                                          UNITED STATES DISTRICT JUDGE