| | |
|---|---|
| 1 | Robert N. Schiff (Bar 56072) |
| | David W. Evans (Bar No. 79466) |
| 2 | Scott M. Bloom (Bar No. 183891) |
| | HAIGHT BROWN & BONESTEEL LLP |
| 3 | 71 Stevenson St., 20th Floor |
| | San Francisco, California 94105-2981 |
| 4 | Telephone:   415.546.7500 |
| | Facsimile:    415.546.7505 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | THE AMERICAN INSURANCE COMPANY |
| 7 | Bruce H. Winkelman (Bar No. 124455) |
| | CRAIG & WINKELMAN, L.L.P. |
| 8 | 2150 Shattuck Avenue, Suite 1220 |
| | Berkeley, CA 94704 |
| 9 | Telephone:   510.549.3330 |
| | Facsimile:    510.217.5894 |
| 10 | Attorneys for Defendant |
| | AMERICAN RE-INSURANCE COMPANY |
| 11 | |
| | Robert J. Bates, Jr. |
| 12 | Maryann C. Hayes |
| | BATES & CAREY LLP |
| 13 | 191 North Wacker Drive, Suite 2400 |
| | Chicago, Il 60606 |
| 14 | Telephone:   312.762.3100 |
| | Facsimile:    312.762.3101 |
| 15 | Attorneys for Defendant |
| | AMERICAN RE-INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE AMERICAN INSURANCE COMPANY, a Nebraska corporation, | ) ) ) | Case No. C-05-01218 JSW |
| Plaintiff, | ) ) | **STIPULATION AND ORDER RE CONTINUANCE OF TRIAL** |
| v. | ) ) | |
| AMERICAN RE-INSURANCE COMPANY, a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3170659.1

1

Case No. C-05-01218 JSW
STIP RE CONTINUANCE

1  WHEREAS, on August 16, 2006, the Court continued the trial from November 13, 2006 to
2  December 4, 2006; and
3  WHEREAS, the trial date of November 13, 2006 was previously established by the
4  agreement of counsel and the Court at the Case Management conference on March 27, 2006; and
5  WHEREAS, counsel for both parties have trials and/or binding arbitration proceedings
6  currently scheduled for December 4, 2006; and
7  WHEREAS, the previous trial date accommodated these scheduling issues; and
8  WHEREAS, this is the first request for a continuance of the trial date, and
9  WHEREAS, in view of the foregoing, and based upon the schedules of counsel, the parties
10 and the parties' expert witnesses, the parties hereto jointly stipulate, agree, and request that the
11 Court issue an Order, as follows:
12    1. The trial date is continued from December 4, 2006, to January 16, 2007; and
13    2. The pre-trial conference shall take place on December 18, 2006, at 2:00 p.m.; and
14    3. The deadline to complete all expert discovery shall be continued from September 8,
15 2006, to November 8, 2006.
16    4. This Stipulation does not affect any other deadline established by the Court.
17 IT IS SO STIPULATED.

18 Dated: August 22, 2006     HAIGHT BROWN & BONESTEEL LLP

By: _____S._____
   Robert N. Schiff
   David W. Evans
   Scott M. Bloom
   Attorneys for Plaintiff
   THE AMERICAN INSURANCE
   COMPANY

Dated: August 22, 2006     CRAIG & WINKELMAN, L.L.P.

By: _s/_____
   Bruce H. Winkelman
   Attorneys for Defendant
   AMERICAN RE-INSURANCE COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3170659.1

2

Case No. C-05-01218 JSW
STIP RE CONTINUANCE

1  Dated: August 22, 2006                    BATES & CAREY LLP

3                                     By: *Maryann C. Hayes*
                                          Robert J. Bates, Jr.
4                                         Maryann C. Hayes
                                          Attorneys for Defendant
5                                         AMERICAN RE-INSURANCE COMPANY

7                                     **ORDER**

8  Based upon the foregoing, the Court hereby orders the following schedule in this matter:

9  Jury Trial Date:              January 16, 2007 at 8:30 a.m.

10 Pretrial Conference:          December 18, 2006 at 2:00 p.m.

11 Close of Expert Discovery:    November 8, 2006

12 **IT IS SO ORDERED.**

14 Dated: August 24, 2006                 *Jeffrey S. White*
                                          United States District Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3170659.1

3

Case No. C-05-01218 JSW
STIP RE CONTINUANCE