1  Robert N. Schiff (Bar 56072)
   David W. Evans (Bar No. 79466)
2  Scott M. Bloom (Bar No. 183891)
   HAIGHT BROWN & BONESTEEL LLP
3  71 Stevenson St., 20th Floor
   San Francisco, California 94105-2981
4  Telephone:   415.546.7500
   Facsimile:   415.546.7505
5
   Attorneys for Plaintiff
6  THE AMERICAN INSURANCE COMPANY

7  Bruce H. Winkelman (Bar No. 124455)
   CRAIG & WINKELMAN LLP
8  2150 Shattuck Avenue, Suite 1220
   Berkeley, CA 94704
9  Telephone:   510.549.3330
   Facsimile:   510.217.5894
10 Attorneys for Defendant
   AMERICAN RE-INSURANCE COMPANY
11
   Robert J. Bates, Jr.
12 Maryann C. Hayes
   BATES & CAREY LLP
13 191 North Wacker Drive, Suite 2400
   Chicago, Il 60606
14 Telephone:   312.762.3100
   Facsimile:   312.762.3101
15 Attorneys for Defendant
   AMERICAN RE-INSURANCE COMPANY
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 THE AMERICAN INSURANCE COMPANY, )   Case No. C-05-01218 JSW
   a Nebraska corporation,          )
21                                   )   **STIPULATION AND ORDER RE**
                Plaintiff,           )   **CONTINUANCE OF TRIAL**
22       v.                          )
                                     )
23 AMERICAN RE-INSURANCE COMPANY,    )
   a Delaware corporation,           )
24                                   )
                Defendant.           )
25 _____)

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.    FF97-0000012                    1
San Francisco        3178388.1

Case No. C-05-01218 JSW
STIP RE CONTINUANCE

1     WHEREAS, on August 24, 2006, the Court continued the trial in this matter from
2 December 4, 2006 to January 16, 2007; and

3     WHEREAS, one of the percipient witnesses expected to testify at trial is Wilson Brown,
4 III, Esq., of the law firm of Drinker, Biddle & Reath, in Philadelphia, Pennsylvania; and

5     WHEREAS, on September 12, 2006, Mr. Brown provided counsel for plaintiff The
6 American Insurance Company with an Order of the United States District Court for the Eastern
7 District of Pennsylvania, dated September 12, 2006, ordering Mr. Brown to appear for trial on
8 January 8, 2006, as lead trial counsel in the matter of *Celgene Corporation v. Centocor*, Civil
9 Action No. 03-5978 (U.S.D.C. E.D.Pa.); and

10     WHEREAS, Mr. Brown's trial schedule will significantly impair his ability to appear at
11 trial in this matter while also discharging his obligations to his clients in the *Celgene Corpration v.*
12 *Centocor* matter; and

13     WHEREAS, this is the second request for a continuance of the trial date, the first request
14 being necessitated by conflicts of trial counsel following the Court's continuance of the previously
15 agreed upon trial schedule; and

16     WHEREAS, no other dates of this action need to be continued; and

17     WHEREAS, in view of the foregoing, the parties hereto jointly stipulate, agree, and
18 request that the Court issue an Order, as follows:

19     1.     The trial date is continued from January 16, 2007, to January 22, 2007; and
20     2.     This Stipulation does not affect any other deadline established by the Court.
21 IT IS SO STIPULATED.

22 Dated: September 22, 2006     HAIGHT BROWN & BONESTEEL LLP

By: _/s/_____
Robert N. Schiff
David W. Evans
Scott M. Bloom
Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3178388.1

2

Case No. C-05-01218 JSW
STIP RE CONTINUANCE

1 | Dated: September 22/2006 | CRAIG & WINKELMAN, L.L.P.
2 |
3 | | By: /s/ Bruce H. Winkelman
  | | Bruce H. Winkelman
4 | | Attorneys for Defendant
  | | AMERICAN RE-INSURANCE COMPANY
5 |
6 | Dated: September __, 2006 | BATES & CAREY LLP
7 |
  | | By: _____
8 | | Robert J. Bates, Jr.
  | | Maryann C. Hayes
9 | | Attorneys for Defendant
  | | AMERICAN RE-INSURANCE COMPANY

## ORDER

Based upon the foregoing, the Court hereby orders the following schedule in this matter:

Jury Trial Date:    January 22, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: _____    _____
United States District Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3178388.1

3

Case No. C-05-01218 JSW
STIP RE CONTINUANCE

| | | |
|---|---|---|
| 1 | Dated: September ___, 2006 | CRAIG & WINKELMAN, L.L.P. |
| 2 | | |
| 3 | | By: s/ |
| 4 | | Bruce H. Winkelman<br>Attorneys for Defendant<br>AMERICAN RE-INSURANCE COMPANY |
| 5 | | |
| 6 | Dated: September ___, 2006 | BATES & CAREY LLP |
| 7 | | By: /s/ Maryann C. Hayes |
| 8 | | Robert J. Bates, Jr.<br>Maryann C. Hayes<br>Attorneys for Defendant<br>AMERICAN RE-INSURANCE COMPANY |

## ORDER

Based upon the foregoing, the Court hereby orders the following schedule in this matter:

Jury Trial Date:    January 22, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: October 3, 2006

/s/ Jeffrey S. White
United States District Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3178388.1

3

Case No. C-05-01218 JSW
STIP RE CONTINUANCE