```
 1  Robert N. Schiff (Bar 56072)
    David W. Evans (Bar No. 79466)
 2  Scott M. Bloom (Bar No. 183891)
    HAIGHT BROWN & BONESTEEL LLP
 3  71 Stevenson St., 20th Floor
    San Francisco, California 94105-2981
 4  Telephone:   415.546.7500
    Facsimile:   415.546.7505
 5
    Attorneys for Plaintiff
 6  THE AMERICAN INSURANCE COMPANY

 7  Bruce H. Winkelman (Bar No. 124455)
    CRAIG & WINKELMAN LLP
 8  2150 Shattuck Avenue, Suite 1220
    Berkeley, CA 94704
 9  Telephone:   510.549.3330
    Facsimile:   510.217.5894
10  Attorneys for Defendant
    AMERICAN RE-INSURANCE COMPANY
11
    Robert J. Bates, Jr.
12  Maryann C. Hayes
    BATES & CAREY LLP
13  191 North Wacker Drive, Suite 2400
    Chicago, Il 60606
14  Telephone:   312.762.3100
    Facsimile:   312.762.3101
15  Attorneys for Defendant
    AMERICAN RE-INSURANCE COMPANY
16
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. C-05-01218 JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION RE TRIAL-RELATED DATES** ; ORDER |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3201078.1

1

Case No. C-05-01218 JSW
NOTICE OF SETTLEMENT AND
STIPULATION RE TRIAL-RELATED DATES

On November 28, 2006, the parties reached a settlement in the above-referenced action, subject to the execution of settlement documents. The pre-trial conference in this matter is scheduled for December 18, 2006, and a trial is scheduled for January 22, 2007. In recognition of the pending settlement, and in order to avoid the unecessary consumption of time and court resources, the parties request the Court order as follows:

1. The pre-trial conference currently scheduled for December 18, 2006 is vacated;

2. The trial date of January 22, 2007 is vacated; and

3. A Case Management Conference will occur on February 16, 2007, at 1:30 p.m. The Case Management Conference will be taken off calendar if dismissals are filed prior to the conference.

IT IS SO STIPULATED.

Dated: December 1, 2006        HAIGHT BROWN & BONESTEEL LLP


By: _____
    Robert N. Schiff
    David W. Evans
    Scott M. Bloom
    Attorneys for Plaintiff
    THE AMERICAN INSURANCE
    COMPANY

Dated: December 1, 2006        CRAIG & WINKELMAN, L.L.P.


By:  s/  _____
    Bruce H. Winkelman
    Attorneys for Defendant
    AMERICAN RE-INSURANCE COMPANY

Dated: December 1, 2006        BATES & CAREY LLP


By:  s/  _____
    Robert J. Bates, Jr.
    Maryann C. Hayes
    Attorneys for Defendant
    AMERICAN RE-INSURANCE COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3201078.1

2

Case No. C-05-01218 JSW
NOTICE OF SETTLEMENT AND
STIPULATION RE TRIAL-RELATED DATES

# ORDER

Based upon the foregoing, the Court hereby orders the following schedule in this matter:

1. The pre-trial conference currently scheduled for December 18, 2006 is vacated;

2. The trial date of January 22, 2007 is vacated; and

3. A Case Management Conference will be conducted on February 16, 2007, at 1:30 p.m. The Case Management Conference will be taken off calendar if dismissals are filed prior to the conference.

**IT IS SO ORDERED.**

Dated: December 6, 2006

_____
United States District Judge Jeffrey S. White

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3201078.1

3

Case No. C-05-01218 JSW
NOTICE OF SETTLEMENT AND
STIPULATION RE TRIAL-RELATED DATES