Robert N. Schiff (Bar 56072)
David W. Evans (Bar No. 79466)
Scott M. Bloom (Bar No. 183891)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson St., 20th Floor
San Francisco, California 94105-2981
Telephone:   415.546.7500
Facsimile:   415.546.7505

Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

Bruce H. Winkelman (Bar No. 124455)
CRAIG & WINKELMAN LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, CA 94704
Telephone:   510.549.3330
Facsimile:   510.217.5894
Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

Robert J. Bates, Jr.
Maryann C. Hayes
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Il 60606
Telephone:   312.762.3100
Facsimile:   312.762.3101
Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. C-05-01218 JSW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3215318.1

1

Case No. C-05-01218 JSW
STIPULATION RE DISMISSAL

1   The parties hereto, having reached a settlement in the above-entitled matter, hereby agree
2   as follows:
3      1.   Plaintiff The American Insurance Company's complaint is hereby dismissed.
4      2.   Each party shall bear its own costs and attorneys fees.
5   IT IS SO STIPULATED.

6   Dated: February __, 2007        HAIGHT BROWN & BONESTEEL LLP

By: _____
Robert N. Schiff
David W. Evans
Scott M. Bloom
Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

12  Dated: February __, 2007        CRAIG & WINKELMAN, L.L.P.

By: s/ _____
Bruce H. Winkelman
Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

17  Dated: February __, 2007        BATES & CAREY LLP

By: s/ _____
Robert J. Bates, Jr.
Maryann C. Hayes
Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

**ORDER**

\\
\\
\\
\\
\\
\\

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-000012
3215318.1

2

Case No. C-05-01218 JSW
STIPULATION RE DISMISSAL

|   | The parties hereto, having reached a settlement in the above-entitled matter, hereby agree as follows: |
|---|---|
| 1. | Plaintiff The American Insurance Company's complaint is hereby dismissed. |
| 2. | Each party shall bear its own costs and attorneys fees. |

IT IS SO STIPULATED.

Dated: February __, 2007        HAIGHT BROWN & BONESTEEL LLP


By: _____
    Robert N. Schiff
    David W. Evans
    Scott M. Bloom
    Attorneys for Plaintiff
    THE AMERICAN INSURANCE
    COMPANY

Dated: February __, 2007        CRAIG & WINKELMAN, L.L.P.


By: s/ _____
    Bruce H. Winkelman
    Attorneys for Defendant
    AMERICAN RE-INSURANCE COMPANY

Dated: February 9, 2007        BATES & CAREY LLP


By: s/ *Maryann C. Hayes*
    Robert J. Bates, Jr.
    Maryann C. Hayes
    Attorneys for Defendant
    AMERICAN RE-INSURANCE COMPANY

**ORDER**

\\
\\
\\
\\
\\

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3215318.1

2

Case No. C-05-01218 JSW
STIPULATION RE DISMISSAL

Based upon the foregoing, the Court hereby orders:

1. This matter is hereby dismissed;

2. Each side shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: February 14, 2007

*/s/ Jeffrey S. White*
United States District Judge Jeffrey S. White

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FF97-0000012
3215318.1

3

Case No. C-05-01218 JSW
STIPULATION RE DISMISSAL